# United States Court of Appeals for the Federal Circuit

---

**EXAFER LTD,**
*Plaintiff-Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Defendant-Appellee*

---

2024-2296

---

Appeal from the United States District Court for the Western District of Texas in No. 1:20-cv-00131-RP, Judge Robert L. Pitman.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED-IN-PART, VACATED-IN PART, AND REMANDED**

FOR THE COURT

March 6, 2026
Date

Jarrett B. Perlow
Clerk of Court