NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EXAFER LTD,**
*Plaintiff-Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Defendant-Appellee*

---

2024-2296

---

Appeal from the United States District Court for the Western District of Texas in No. 1:20-cv-00131-RP, Judge Robert L. Pitman.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges*.[1]

PER CURIAM.

---

[1] Circuit Judge Newman, Circuit Judge Taranto, and Circuit Judge Cunningham did not participate.

**O R D E R**

Microsoft Corporation filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by Exafer Ltd. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 27, 2026
Date